```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA                :    INFORMATION
                                        :
         -v.-                           :    S1 11 Cr. 176 (CM)
                                        :
JASON ROPER,                            :
     a/k/a "J-Dirt,"                    :
                                        :
                        Defendant.      :
                                        :
- - - - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2012

## COUNT ONE

The United States Attorney charges:

1. From in or about 2005 up to and including in or about January 2011, in the Southern District of New York and elsewhere, JASON ROPER, a/k/a "J-Dirt," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JASON ROPER, a/k/a "J-Dirt," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substances involved in the offense were: (1) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(A); and (2) less than 50

kilograms of mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The United States Attorney further charges:

4. From in or about 2007 up to and including in or about January 2011, in the Southern District of New York, JASON ROPER, a/k/a "J-Dirt," during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics conspiracy charged in Count One of this Information, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which firearms were brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

## COUNT THREE

The United States Attorney further charges:

5. From at least in or about 2007, up to and including in or about January 2011, in the Southern District of New York and elsewhere, JASON ROPER, a/k/a "J-Dirt," the defendant, and others known and unknown, unlawfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of

2

articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, ROPER, and others known and unknown, agreed together to commit robberies of individuals he believed to be in possession of narcotics and narcotics proceeds.

(Title 18, United States Code, Section 1951.)

## COUNT FOUR

The United States Attorney further charges:

6. From at least in or about 2007 up to and including in or about January 2011, in the Southern District of New York, JASON ROPER, a/k/a "J-Dirt," the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery conspiracy charged in Count Three of this Information, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which firearms were brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii), 924(c)(1)(C)(i), and 2.)

## COUNT FIVE

The United States Attorney further charges:

7. In or about 2007, in the Southern District of New York, JASON ROPER, a/k/a "J-Dirt," the defendant, unlawfully and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in

3

Title 18, United States Code, Section 1951(b)(3), to wit, ROPER and several accomplices robbed a suspected narcotics dealer at gunpoint in the vicinity of Stanley Avenue in Yonkers, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT SIX

The United States Attorney further charges:

8. In or about 2009, in the Southern District of New York, JASON ROPER, a/k/a "J-Dirt," the defendant, unlawfully and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, ROPER ordered narcotics from a narcotics dealer before several or ROPER'S accomplices robbed the narcotics dealer of narcotics and narcotics proceeds in the vicinity of Highland Avenue in Yonkers, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT SEVEN

The United States Attorney further charges:

9. On or about January 25, 2011, in the Southern District of New York, JASON ROPER, a/k/a "J-Dirt," the defendant, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and did use a deadly and

dangerous weapon in so doing, to wit, ROPER robbed a confidential informant ("CI-1") working at the direction of the Drug Enforcement Administration.

(Title 18, United States Code, Sections 111(a) and (b).)

## FORFEITURE ALLEGATIONS

10. As a result of committing the controlled substance offense alleged in Count One of this Information, JASON ROPER, a/k/a "J-Dirt," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

11. As the result of committing one or more of the offenses in violation of Title 18, United States Code, Section 1951, alleged in Counts Three, Five and Six of this Information, JASON ROPER, a/k/a "J-Dirt," the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offenses.

## Substitute Assets Provision

12. If any of the forfeitable property described in paragraphs 11 and 12 of this Information, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 18, United States Code, Section 981,
Title 28, United States Code, Section 2461,
Title 18, United States Code, Section 1951, and
Title 21, United States Code, Sections 841(a)(1) and 853.)

*Preet Bharara*
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JASON ROPER,
a/k/a "J-Dirt,"

Defendant.

INFORMATION

S1 11 Cr. 176 (CM)

(21 U.S.C. § 846)
(18 U.S.C. §§ 924(c)(1)(A)(ii), 924(c)(1)(C)(i),
1951, 111(a) and (b) and 2)

PREET BHARARA
United States Attorney.